UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN KOHUT,<br><br>        Plaintiff,<br><br>    v.<br><br>M. MARTIN, LT. MARTIN, D. MAY, S. WISWELL, R. BLANCAS, M. REYES,<br><br>        Defendants. | Case No.  1:22-cv-00472-HBK<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND ASSESSING INITIAL FEE<br><br>(Doc. No. 2)<br><br>ORDER DIRECTING PAYMENT OF INMATE FEES BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS |

       Plaintiff, a prisoner, initiated this action on April 21, 2022, by filing a *pro s*e civil rights complaint pursuant to 42 U.S.C. § 1983.  (Doc. No. 1, Complaint).  Plaintiff seeks leave to proceed *in forma pauperis* on his Complaint and submitted a copy of his prison trust fund statement and a Certification from prison officials in support.  (Doc. No. 2).  Plaintiff has made the showing required by § 1915(a) to proceed *in forma pauperis* but remains obligated to pay the statutory filing fees as set forth in 28 U.S.C. § 1915.  **Plaintiff is assessed the full $350.00 filing fee and obligated to pay an initial payment of $162.50[1] (20% of the average 6-month balance immediately preceding the filing of the complaint).** *Id***., § 1915(b)(1)(B).**  Thereafter, Plaintiff is required to make monthly payments of 20% of the preceding month's income credited

---

[1] According to the Certification, Plaintiff's average monthly balance for the 6-month preceding the filing of the Complaint was $812.50.  (Doc. No. 2 at 3).

to his trust account. The California Department of Corrections is required to send the initial $162.50 payment to the Clerk of the Court and subsequent payments from Plaintiff's account each time the amount in his account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

ACCORDINGLY, it is **ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is GRANTED.

2. **The Secretary of the California Department of Corrections, or his designee shall forward an initial payment of $162.50 to the Clerk of the Court from Plaintiff's prison trust account in accordance with 28 U.S.C. § 1915(b)(1)(B) and shall make future monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the Plaintiff's trust account each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.** The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Secretary of the California Department of Corrections, via the court's electronic case filing system (CM/ECF).

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

Dated:  April 27, 2022

*Helena M. Barch-Kuchta*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE