UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.J. KOHUT,<br><br>            Plaintiff,<br><br>    v.<br><br>M. MARTIN, ET. AL.,<br><br>            Defendants. | Case No. 1:22-cv-00472-HBK (PC)<br><br>ORDER GRANTING IN PART PLAINTIFF'S CONSTRUED MOTION ON STATUS OF IFP MOTION<br><br>(Doc. No. 6) |

Pending before the Court is Plaintiff's declaration, construed to be a motion to check the status of his motion to proceed *in forma pauperis* (IFP Motion), filed May 19, 2022. (Doc. No. 6). Plaintiff notes that he filed another civil rights action on April 4, 2022, and paid a $75.00 fee that was returned to him and makes reference to this other action throughout his motion. (*Id.* at 1-4). Regarding the instant case, he notes he initiated the action on April 21, 2022, but "has not received any reply as to the Court's position regarding [his] application." (*Id.* at 1-2). Plaintiff believes he is having "problems with legal mailing." (*Id.* at 2).

A review of the docket in the instant case confirms Plaintiff initiated the action on April 21, 2022. The Court granted Plaintiff's motion IFP on April 27, 2022. (Doc. No. 5). The Court confirms the Clerk received Plaintiff's Consent/Decline to U.S. Magistrate Judge Jurisdiction on May 19, 2022. (Doc. No. 7). The Court has not issued any other orders in this case. A screening order under § 1915A is the next step in this case. There is no indication on the docket that any

orders sent to Plaintiff have not been delivered.

Accordingly, it is **ORDERED**:

Plaintiff's declaration construed to be a motion for status of his IFP application (Doc. No. 6) is GRANTED to the extent the Court confirms it has ruled on Plaintiff's motion to proceed IFP.  In all other respects, the motion is DENIED.

Dated:   May 23, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE