UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN KOHUT,<br><br>                    Plaintiff,<br><br>          v.<br><br>M. MARTIN, et al.,<br><br>                    Defendants. | Case No.  1:22-cv-00472-KES-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DIRECTING ACTION PROCEED ON COGNIZABLE CLAIMS<br><br>Doc. 23 |

Plaintiff Jonathan Kohut is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The magistrate judge screened the claims arising under state law in the amended complaint and found the complaint included cognizable claims for violations of Article I, Section 7 of the California Constitution and the Bane Act against defendant May.  The magistrate judge recommended Plaintiff be permitted to proceed on these claims, as well as the Fourteenth Amendment claim previously found cognizable.  The magistrate judge recommended dismissal of all other claims and defendants.  Doc. 23.

On April 6, 2026, the Court served the findings and recommendations on Plaintiff and notified him that any objections were due within 14 days.  Doc. 23 at 19.  The Court also advised Plaintiff that "failure to file any objections within the specified time may result in the waiver of certain rights on appeal."  *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).  Plaintiff did not file objections and the deadline to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court conducted a de novo review.  Having carefully reviewed the entire matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis.  The Court ORDERS:

1.  The amended findings and recommendations issued on April 6, 2026 (Doc. 23), are ADOPTED in full.

2.  The action SHALL proceed only on the following claims against defendant May:

    a.  violation of due process under the Fourteenth Amendment;

    b.  violation of due process under Article I, Section 7 of the California Constitution; and

    c.  violation of California's Bane Act, California Civil Code § 52.1.

3.  All other claims are DISMISSED.

4.  The Clerk of Court is directed to update the docket and terminate M. Martin, Lt. Martin, S. Wiswell, R. Blanca, and M. Reyes as defendants.

IT IS SO ORDERED.

Dated:    June 4, 2026

_____
UNITED STATES DISTRICT JUDGE

2