UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JONATHAN KOHUT,

               Plaintiff,

    v.

D. MAY,

               Defendant.

Case No. 1:22cv-00472-KES-HBK (PC)

ORDER REFERRING CASE TO EARLY ADR AND STAY OF CASE

DEADLINE TO OPT OUT:

OCTOBER 23, 2026

Plaintiff Jonathan Kohut is a state prisoner proceeding pro se and *in forma pauperis* on a First Amended Complaint filed under 42 U.S.C. § 1983.  (Doc. No. 13).  As set forth in the Court's Orders, the operative complaint states cognizable due process claims under the Fourteenth Amendment and Article I, Section 7 of the California Constitution and a Bane Act claim under California Civil Code § 52.1  against Defendant  May.  (Docs. 15, 20, 23, 24).  On June 24, 2026, Defendants filed a notice of waiver of service.  (Doc. 28).

The Court refers civil rights file be pro se prisoners to early Alternative Dispute Resolution (ADR) to encourage prompt and cost-effective resolution.  *See* Local Rule 270.  In appropriate cases, counsel from the California Attorney General's Office agrees to participate in early ADR, and no party waives any claim, defense, or objection by participating.

Early settlement efforts may save the parties the time and expense of discovery and dispositive motion practice.  Accordingly, the Court will stay this action for 120 days so the parties may investigate Plaintiff's claims, meet and confer, and engage in settlement discussions, or agree to participate in an early settlement conference before a magistrate judge.  If either party concludes after investigation and conferring that a settlement conference would not be productive, that party may opt out.

Accordingly, IT IS ORDERED:

1.    This action is STAYED for 120 days and will remain stayed until further order of Court to allow the parties an opportunity to resolve this case.  During the stay, Defendant may, but is not required to, file a responsive pleading to the operative complaint; no other pleadings or motions may be filed; and the parties may conduct informal discovery only.  Formal discovery may not begin until the Court issues a Scheduling and Discovery Order.

2.    Within 120 days from the date on this Order, and no later than October 23, 2026, any party who objects to an early settlement conference or believes settlement is not currently achievable shall file a notice stating that position.

3.    If no party opts out by the end of the objection period, the Court will assign this matter, by separate order, to a United States Magistrate Judge, other than the undersigned to conduct a settlement conference.

4.    If the parties settle before the settlement conference, they SHALL file a Notice of Settlement in compliance with Local Rule 160.

Dated:    June 26, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE